# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

LINDA REPLOGLE,

    Plaintiff,

v.                                         Case No: 5:19-cv-442-JSM-PRL

DEPUY ORTHOPEDICS, INC., DEPUY
SYNTHES, INC., DEPUY SYNTHES
PRODUCTS, INC., DEPUY SYNTHES
SALES, INC., DEPUY INTERNATIONAL,
LTD and JOHNSON & JOHNSON,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Order of Dismissal with Prejudice (Dkt. 23). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of February, 2021.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record